**DISMISS: Opinion issued October 5, 2012**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-00402-CV

## JOHN BUNTEN, JR., Appellant

### V.

## GRAHAM MORTGAGE CORPORATION, Appellee

**On Appeal from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-11-00580-E**

# MEMORANDUM OPINION

Before Justices Morris, Francis, and Murphy
Opinion By Justice Murphy

Before the Court is appellant's unopposed motion to dismiss the appeal. Appellant no longer desires to pursue the appeal. Accordingly, we grant appellant's motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

MARY MURPHY
JUSTICE

120402F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

JOHN BUNTEN, JR., Appellant

No. 05-12-00402-CV     V.

GRAHAM MORTGAGE CORPORATION,
Appellee

Appeal from the 101st Judicial District Court
of Dallas County, Texas. (Tr.Ct.No. DC-11-
00580-E).
Opinion delivered by Justice Murphy, Justices
Morris and Francis, participating.

Based on the Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee, Graham Mortgage Corporation, recover its costs of the appeal from appellant, John Bunten, Jr.

Judgment entered October 5, 2012.

_____
MARY MURPHY
JUSTICE